| | | |
|---|---|---|
| 11/13/2018 | TUESDAY | Judge Trish M Brown |
| 3:30 PM 17-3097 tmb ap | **Andlovec et al v. Spoto** | |
| 17-31502 | **Oral Ruling re Trial** | |
| | Jennifer Andlovec - pla | ✓ MATTHEW A GOLDBERG |
| | Christopher P Spoto - dft | ✓ TERRANCE J SLOMINSKI |
| | | Mr. Kampars |

Evidentiary Hearing:     Yes: ☐     No: ☒

For the reasons cited on the record, Judgment will be entered for the defendant

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒ Mr. Slominski

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 Mr. Slominski to Prepare Judgement/order  14  (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
  #2 _____ Planning Conf. by ___-___-___ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:     11/13/18

Case 17-03097-tmb    Doc 73    Filed 11/13/18